# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**SHAELYN NICOLE BIGGERS**                          **PLAINTIFF**

vs.                      **Civil No. 2:21-cv-02169**

**KILOLO KIJAKAZI,**                                    **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## JUDGMENT

      Comes now the Court on this the 16th day of September 2022, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **IT IS SO ORDERED.**

                                                     /s/ *Barry A. Bryant*
                                                     HON. BARRY A. BRYANT
                                                     U. S. MAGISTRATE JUDGE